**Diane L. LIPE, Appellee**

v.

**John F. LIPE, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 2003.

Decided Nov. 20, 2003.

Donald F. Spry, II, Bangor, for John F. Lipe, appellant.

Arthur Lucian Zulick, Stroudsburg, for Diane L. Lipe, appellee.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.